750

KELLEY POTTER, Appellant, v JEANNE C. BERLIN, as City Clerk of City of Oswego, et al., Respondents.

Submitted November 14, 2005; decided December 22, 2005

Motion for leave to appeal denied. Motion for a stay dismissed as academic.

In the Matter of E. LISA TANG, an Attorney, Appellant. COMMITTEE ON PROFESSIONAL STANDARDS, Respondent.

Submitted November 7, 2005; decided December 22, 2005

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.